# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ROBERT BOHLKE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**GREEN STAR CAPITAL SOLUTIONS, LLC, and DOES 1 through 10, inclusive, and each of them,**<br><br>Defendant. | Case No. 9:17-cv-81379-DMM<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Named Plaintiff, and without prejudice as to the Putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.

///

///

///

///

///

///

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

Respectfully submitted this 15th day of June, 2018

By: /s/Raymond R. Dieppa, Esq.
Raymond R. Dieppa (SBN 27690)
FLORIDA LEGAL, LLC
14 NE First Ave., Suite 1001
Miami, FL 33132
Phone: (305) 901-2209
Ray.dieppa@floridalegal.law
Attorney for Plaintiff

By: /s/Donald J. Thomas, Esq.
Donald J. Thomas, Esq.
CBR Law Group, LLLP
165 East Palmetto Park Road, 2nd Floor
Boca Raton, Florida 33432
Tel. (561) 368-7474
don@cbrlawgroup.com
Attorney for Defendant