# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ROBERT BOHLKE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**GREEN STAR CAPITAL SOLUTIONS, LLC, and DOES 1 through 10, inclusive, and each of them,**<br><br>Defendant. | Case No. 9:17-cv-81379-DMM<br><br>**ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

    Dated this \_\_\_\_day of _____, 2018.

_____
The Honorable Donald M. Middlebrooks