UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-cv-81379-MIDDLEBROOKS

ROBERT BOHLKE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

GREEN STAR CAPITAL
SOLUTIONS, LLC, and DOES 1
Through 10, inclusive, and each of them,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice as to the Named Plaintiff, Robert Bohlke, and without Prejudice as to the Putative Class ("Stipulation"), filed on June 15, 2018. (DE 32). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITH PREJUDICE** as to Plaintiff Robert Bohlke only.

(2) Each party shall bear its own costs and attorney fees.

(3) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 19 day of June, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record